# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-938-638**

Effective Date of Registration:
March 31, 2015

## Title

| | |
|---|---|
| Title of Work: | American Heist |
| Nature of Claim: | Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | January 15, 2015 |
| Nation of 1st Publication: | Russia (Federation) |

## Author

| | |
|---|---|
| Author: | Glacier Films (USA), Inc. |
| Author Created: | Entire Motion Picture |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Glacier Films (USA), Inc.<br>116 N. Robertson Blvd., Suite 200, Los Angeles, CA, 90048 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Script/Screenplay/Preexisting Music |
| Previously registered: | Yes |
| Previous registration and year: | PAu 3-681-371, 2013 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | All other cinematographic material |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | March 27, 2015 |

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 73.44.31.31 | 3/31/15 10:04:43 PM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Chicago | Cook |
| 2 | 67.177.119.249 | 3/29/15 10:28:40 PM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Chicago | Cook |
| 3 | 98.206.230.36 | 3/27/15 04:35:31 AM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Melrose Park | Cook |
| 4 | 98.228.74.134 | 3/26/15 10:05:07 PM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Chicago | Cook |
| 5 | 67.175.151.156 | 3/26/15 02:26:13 AM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Aurora | DuPage |
| 6 | 24.13.19.71 | 3/25/15 11:18:41 PM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Carpentersville | Kane |
| 7 | 50.178.55.60 | 3/25/15 09:31:42 AM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Chicago | Cook |
| 8 | 50.129.255.114 | 3/23/15 12:36:46 PM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Chicago | Cook |
| 9 | 67.162.31.128 | 3/22/15 12:45:00 PM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Skokie | Cook |
| 10 | 50.153.172.254 | 3/22/15 09:21:37 AM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | South Elgin | Kane |
| 11 | 73.9.130.37 | 3/18/15 11:55:36 PM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Evergreen Park | Cook |
| 12 | 73.9.174.205 | 3/2/15 04:53:02 PM | American Heist (2014) [1080p] | SHA1: F90A026EFC451B2C714991D7D4D60E88682490B3 | Comcast Cable | Illinois | Brookfield | Cook |